# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0249

VERSUS

JASON JARRELL SPIKES

**MAY 24, 2021**

---

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT